[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15147
Non-Argument Calendar

_____

D.C. Docket No. 1:17-cr-00026-KD-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRAD JASON LONG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 8, 2018)

Before WILSON, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Brad Jason Long in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Long's conviction and sentence are **AFFIRMED**.